UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PITTSBURGH PIPE & SUPPLY CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 4:23 CV 959 RWS |
| ) | |
| VIVIAN UTLEY-WHEELER, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

As defendant has filed an amended counterclaim,

**IT IS HEREBY ORDERED** that the motion to dismiss counterclaim [16] is denied as moot.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of September, 2023.